UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY HADDAD,

          Plaintiff,          Case Number 09-12597
                                                  Honorable David M. Lawson
v.                                                    Magistrate Judge Michael J. Hluchaniuk

CHARLES RILEY & ASSOCIATES, INC.,
CHARLES RILEY, BRIGHTON MARKET,
INC., and BLUE DIAMOND MARKET OF
WARREN, INC.,

          Defendants,

and

BRIGHTON MARKET, INC.

          Cross-Claimant,

v.

CHARLES RILEY & ASSOCIATES, INC.,

          Cross-Defendant.
_____/

## JUDGMENT

On February 10, 2011, the Court entered an order adopting the report and recommendation filed by Magistrate Judge Michael J. Hluchaniuk and granting the plaintiff's motion for a default judgment against defendant Blue Diamond Market, Inc. Subsequently, this matter came before the Court on May 18, 2011 for a trial by the Court without a jury on the issue of damages against the remaining defendants, Charles Riley & Associates, Inc. and Charles Riley, as well as Blue Diamond Market, Inc. Counsel for these defendants did not appear for trial. Following the plaintiff's proofs, the Court made findings and conclusions on the record pursuant to Fed. R. Civ. P. 52(a)(1). The

Court granted judgment in favor of the plaintiff in the amount of $1,000.00 in statutory damages, $10,000.00 in actual damages, $2,000.00 in punitive damages, and $2,230.98 in costs. The Court also awarded the plaintiff attorney's fees in an amount to be determined by the Court after the submission of a supplemental affidavit by plaintiff's counsel.

Accordingly, it is **ORDERED AND ADJUDGED** that a default judgment is entered in favor of the plaintiff and against defendant Blue Diamond Market, Inc., and a judgment after trial is entered in favor of the plaintiff and against defendants Charles Riley and Charles Riley & Associates, jointly and severally, in the amount of $15,230.98, plus applicable interest and attorney's fees.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:  May 18, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 18, 2011.

s/Deborah R. Tofil
DEBORAH R. TOFIL